**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **GUY MORIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | **CASE NO.: 6:20-CV-03271-TMC** |
| Plaintiff, | |
| vs. | |
| **AMERICAN SERVICES, INC., and AMERICAN SECURITY OF GREENVILLE, LLC,** | |
| Defendants.                    / | |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

The above-named Parties, by and through their undersigned counsel of record, hereby request preliminary approval of the Parties' Settlement and Release Agreement ("Settlement Agreement") attached hereto as **Exhibit A**.

Plaintiff Guy Morin filed this class and collective action against Defendants in this Court. Morin alleges Defendants failed to pay him and similarly situated Security Officers that worked at Greenville Memorial Hospital all wages, including overtime wages, owed as a result of their illegal rounding practice and policy requiring certain pre-shift and post-duties to be performed "off-the-clock." Subject to Court approval, the Parties have agreed to settle these claims on a class basis, pursuant to Federal Rule of Civil Procedure 23, and on a collective basis, under the Fair Labor Standards Act (29 U.S.C. §216(b)), for the Maximum Settlement Amount listed in the Settlement Agreement, inclusive of attorney's fees, litigation costs, claims administration expenses, and service awards.

As discussed in the accompanying memorandum in support, the settlement meets all the criteria for preliminary approval. The proposed Settlement is fair, adequate, and reasonable. It will result in considerable payments to Class Members; it is non-collusive; and it was achieved as the result of informed, extensive, and arm's length negotiations conducted by counsel for the respective Parties who are experienced in wage and hour class action litigation.

To effectuate the settlement and distribute funds to settlement class members, the Parties request that the Court (1) preliminarily approve the Settlement Agreement, (2) certify the proposed class for settlement purposes only, (3) sign the proposed Preliminary Approval Order (attached as **Exhibit B**), (4) approve and authorize mailing/emailing of the proposed Class Notice of Proposed Class Action Settlement (attached as **Exhibit C**), and (5) set a date for a final approval hearing at least 100 days after the order granting Preliminary Approval. Also attached as **Exhibit B** is the Declaration of C. Ryan Morgan.

Jointly submitted this 21st day of June, 2021.

| | |
|---|---|
| LE CLERCQ LAW FIRM, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By:    s/Ben Whaley Le Clerq<br>Ben Whaley Le Clerq (Fed. ID 7453)<br>708 S. Shelmore Street, Ste. 202<br>Mt. Pleasant, SC 29464<br>Phone: (843) 722-3523<br>Ben@leclerqlaw.com | By: s/Chuck McDonald<br>Steven Michael Nail (Fed. ID 12479)<br>Charles E. McDonald, III<br>(Fed. ID 6767)<br>300 North Main Street, Suite 500<br>Greenville, South Carolina 29601<br>Phone: (864) 271-1300<br>Fax: (864) 235-4754<br>michael.nail@ogletree.com<br>chuck.mcdonald@ogletree.com<br>**Attorneys for Defendants** |

MORGAN & MORGAN, P.A.

By:    C. Ryan Morgan (pro hac vice)
       C. Ryan Morgan (FBN 0015527)
       Jolie N. Pavlos (FBN 0125571)

N. Orange Ave., 15th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Phone: (407) 420-1414
Fax: (407) 245-3401
rmorgan@forthepeople.com
jpavlos@forthepeople.com

**Attorneys for Plaintiffs**

47552778.1