UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**GUY MORIN, INDIVIDUALLY AND**     CASE NO.: 6:20-CV-03271-TMC
**ON BEHALF OF ALL OTHERS**
**SIMILARLY SITUATED,**

    Plaintiff,

vs.

**AMERICAN SERVICES, INC., and**
**AMERICAN**
**SECURITY OF GREENVILLE, LLC,**

    **Defendants.**     /

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

The above-named Parties, by and through their undersigned counsel of record, hereby respectfully request that this Court grant final approval of the Settlement and Release Agreement ("Agreement") [previously filed as D.E. 52-1] reached by the Parties to this action, including payment of reasonable attorneys' fees and costs. The Parties respectfully request the Court issue an Order:

(1)    certifying for settlement purposes only, pursuant to Federal Rule of Civil Procedure 23 and Section 216(b) of the Fair Labor Standards Act ("FLSA"), the following Class:

> **All Security Officers who worked for Defendants at the Greenville Memorial Hospital located at 701 Grove Rd, Greenville, SC 29605 from September 14, 2017 to March 1, 2020.**

(2)    granting final approval of the Agreement;

(3)    approving distribution of the Net Settlement Amount, as defined in the Agreement, to the Plaintiffs and Authorized Claimants;

(4)    approving services payments to the Class Representative and Opt-In Plaintiffs in the amount of $2,000.00 to Guy Morin, and $1,000.00 each to Amanda Carpenter, Dexter Masters, William Parrington, Ryan Roper, Davisha Scott, Dusten Sprinkle

1

and Noah Tyson;

(5) approving payment of the actual costs of the Settlement Claims Administrator in the amount of $8,995.00;

(6) approving attorneys' fees to Class Counsel in the amount of $108,333.00, which is equivalent to 1/3 (or 33.3%) of the Maximum Settlement Amount, and litigation costs of $3,088.25; and

(7) entering a judgment dismissing this case with prejudice in accordance with the terms of the Agreement.

As discussed in the accompanying memorandum in support, the Agreement is fair and reasonable and should be approved by the Court.

Jointly submitted this 19th day of November, 2021.

| | |
|---|---|
| LE CLERCQ LAW FIRM, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: s/Ben Whaley Le Clerq<br>Ben Whaley Le Clerq (Fed. ID 7453)<br>708 S. Shelmore Street, Ste. 202<br>Mount Pleasant, SC 29464<br>Phone: (843) 722-3523<br>Ben@leclerqlaw.com | By: s/Chuck McDonald<br>Steven Michael Nail (Fed. ID 12479)<br>Charles E. McDonald, III<br>(Fed. ID 6767)<br>300 North Main Street, Suite 500<br>Greenville, South Carolina 29601<br>Phone: (864) 271-1300<br>Fax: (864) 235-4754<br>michael.nail@ogletree.com<br>chuck.mcdonald@ogletree.com |
| MORGAN & MORGAN, P.A. | **Attorneys for Defendants** |
| By: C. Ryan Morgan (pro hac vice)<br>C. Ryan Morgan (FBN 0015527)<br>Jolie N. Pavlos (FBN 0125571)<br>N. Orange Ave., 15th Floor<br>P.O. Box 4979<br>Orlando, FL 32802-4979<br>Phone: (407) 420-1414<br>Fax: (407) 245-3401<br>rmorgan@forthepeople.com<br>jpavlos@forthepeople.com<br>**Attorneys for Plaintiffs** | |